# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABINA CROW ROWE AND RICHARD
WELSH ROWE, ON BEHALF OF THE
MINOR CHILDREN, LUCAS WRAY
EYRE AND SULLIVAN RICHARD
EYRE, INDIVIDUALLY AND AS
SOLE HEIRS TO THE CLAIMS OF
THEIR MOTHER, CYNDLE ROWE
EYRE

VERSUS

LOUISIANA OFFICE OF GROUP
BENEFITS, SABINE PARISH
SCHOOL BOARD, LOUISIANA
HEALTH SERVICE & INDEMNITY
COMPANY D/B/A BLUE CROSS
BLUE SHIELD OF LOUISIANA

NO.  2025 CW 0468

OCTOBER 1, 2025

---

In Re:    Louisiana Health Service & Indemnity Company D/B/A Blue
          Cross and Blue Shield of Louisiana, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 747081.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT